IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.03-21216-CIV-LENARD/SIMONTON

BAPTIST HEALTH SOUTH FLORIDA, INC.
f/k/a BAPTIST HEALTH SYSTEMS OF
SOUTH FLORIDA, INC., a Florida non
profit corporation,

        Plaintiff,

vs.

SCPIE MANAGEMENT SERVICES, INC.,
a foreign profit corporation; SCPIE
INDEMNITY COMPANY, a foreign
corporation; SCPIE INSURANCE
SERVICES, INC., a foreign for profit
corporation;SCPIE MANAGEMENT
COMPANY, a foreign for profit
corporation; and AMERICAN HEALTHCARE
INDEMNITY COMPANY, a foreign profit corporation,

        Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counsel for Plaintiff, hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, law firm, partnership, and corporation that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to any party in this case:

    a. Baptist Health South Florida, Inc.

    b. Baptist Hospital of Miami, Inc.

    c. South Miami Hospital, Inc.

COLE, SCOTT & KISSANE, P.A.
PACIFIC NATIONAL BANK BUILDING - 1390 BRICKELL AVENUE - THIRD FLOOR - MIAMI, FLORIDA 33131 - (305) 350-5300 - (305)373-2294 FAX

CASE NO.:03-06863 CA 08

d.     Homestead Hospital, Inc.

e.     Mariners Hospital, Inc.

f.     Baptist Health South Florida Foundation, Inc.

g.     BHSF Real Estate Foundations, Inc.

h.     Baptist Health Enterprises, Inc. d/b/a Baptist Outpatient Services

i.     BMAB East Tower, Inc.

j.     Kendall Credit and Business Services, Inc.

k.     West Kendall Professional Services, Inc.

l.     Baptist Medical Services Corp.

m.     Baptist Medical Transport Services, Inc.

n.     Kendall Professional Center, Ltd. d/b/a Baptist Medical Arts Building

o.     Baptist Health Ambulatory Surgical Center at Baptist, Ltd. d/b/a Medical Arts Surgery Center.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was served by U.S. mail this 5th day of June, 2003, to the above named addressee.

COLE, SCOTT & KISSANE, P.A.
Attorneys for Plaintiff
Pacific National Bank Building
1390 Brickell Avenue, Third Floor
Miami, Florida 33131
Telephone: (305) 350-5305
Facsimile: (305) 373-2294

By: _____
RICHARD P. COLE
FBN: 186589

CASE NO.:03-06863 CA 08

## BAPTIST HEALTH SOUTH FLORIDA, INC. v. SCPIE MANAGEMENT SERVICES

### CASE NO.03-21216-CIV-LENARD/SIMONTON

### MAILING LIST

MATTHEW L. LITSKY, ESQUIRE
Phelps Dunbar LLP
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311

Attorneys for Defendant, **SCPIE MANAGEMENT SERVICES, INC.**:
Tel: (813) 472-7550
FX: (813) 472-7570


EDWARD M. MANGANIELLO, ESQUIRE
LAWRENCE ROSE, ESQUIRE
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-06829


Attorneys for Defendant, **AMERICAN HEALTHCARE INDEMNITY COMPANY**
Tel: (212) 261-8000
FX: (212) 261-8750

L:\2130-0055-00\P\CERTIFICATE OF INTERESTED PERSONS.wpd

COLE, SCOTT & KISSANE, P.A.
PACIFIC NATIONAL BANK BUILDING · 1390 BRICKELL AVENUE · THIRD FLOOR · MIAMI, FLORIDA 33131 · (305) 350-5300 · (305)373-2294 FAX